UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2019 MAR -4 PM 3: 57

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAMIAN L. JACKSON,<br><br>Defendant. | CASE NO. 3:19 cr 40<br><br>JUDGE THOMAS M. ROSE<br><br>**INFORMATION** |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1

On or about March 29, 2018, in the Southern District of Ohio, defendant **DAMIAN L. JACKSON**, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, specifically on or about August 9, 1995, in the Court of Common Pleas, Montgomery County, Ohio, Case Number 95-CR-1429, of "Involuntary Manslaughter," knowingly possessed a firearm in and affecting interstate commerce.

In violation of 18 U.S.C. § 922(g)(1).

**BENJAMIN C. GLASSMAN**
**UNITED STATES ATTORNEY**

_/s/ Andrew J. Hunt_

**ANDREW J. HUNT (0073698)**
**Assistant United States Attorney**