IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

    **Plaintiff,**      :

vs      :      **Case No. 3:19-CR-40**

**DAMIAN L. JACKSON**      :

    **Defendant.**

## ORDER TERMINATING SUPERVISED RELEASE

On November 21, 2019, the above named was sentenced to a term of three (3) years of Supervised Release after a period of incarceration. On November 30, 2022, the Defendant filed a motion requesting termination of his remaining unserved term of Supervised Release (doc. 62).

Based upon the position of the U.S. Probation Department and without objection by the Government, Defendant's request (doc. 62) is **GRANTED**. It is hereby ordered that the Defendant Damian L. Jackson, be discharged from Supervised Release and the proceedings in this case be terminated.

**IT IS SO ORDERED.**

Dated: December 2, 2022

Thomas M. Rose, Judge
United States District Court